# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| DAVID A. HENSLEY ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| vs. ) | CASE NO. _____ |
| ) | |
| DIMENSION SERVICE CORPORATION, ) | |
| NATIONAL ADMINISTRATIVE SERVICE CO, LLC ) | |
| PELICAN INVESTMENT HOLDINGS, LLC ) | |
| - and - ) | |
| SING FOR SERVICE, LLC., ) | |
| ) | |
| DEFENDANTS ) | |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY, CENTRAL DIVISION AT LEXINGTON

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY:**

Defendants, Dimension Service Corporation, National Administrative Service Co, LLC, Pelican Investment Holdings, LLC and Sing for Service, LLC, by and through their undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and respectfully removes the above-captioned action from the Circuit Court of Madison County, Kentucky, Civil Action No. 24-CI-00921, where the within action was filed, to the United States District Court for the Eastern District of Kentucky, Central Division at Lexington.

In support of this removal, the Defendants state as follows:

1. **Commencement of Action**: On November 28, 2024, the Plaintiff, David A. Hensley, commenced this action by filing a Verified Complaint against the

Defendants in the Circuit Court of Madison County, Kentucky, Civil Action No. 24-CI-00921.

2. **Federal Question Jurisdiction**: This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, because the Plaintiff's Verified Complaint asserts claims arising under the Constitution, laws, or treaties of the United States. Specifically, the Plaintiff's claims are based on the Telephone Consumer Protection Act, 47 U.S.C. § 227. Therefore, this action is removable to this Court under 28 U.S.C. § 1441(a). This Court further has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 with respect to Plaintiff's state law claims asserted under the Kentucky Consumer Protection Act and common law invasion of privacy.

3. **Timeliness of Removal**: This Notice of Removal is filed within thirty (30) days of the Defendants being served with a copy of the Verified Complaint, in accordance with 28 U.S.C. § 1446(b). The Defendants first received notice of the Plaintiff's action by way of service of process on December 9, 2024 transmitted by certified mail. Proof of service upon Dimension Service Corporation (USPS tracking number 9236090194038390122113), National Administrative Service Co, LLC (USPS tracking number 9236090194038390122144), Pelican Investment Holdings, LLC (USPS tracking number 9236090194038390122311), and Sing for Service, LLC (USPS tracking number 9236090194038390122373) are attached hereto collectively as <u>Exhibit 1</u>. This Notice of Removal is therefore being filed within the prescribed time frame.

4. **Proper Venue**: The United States District Court for the Eastern District of Kentucky is the proper venue for removal under 28 U.S.C. § 1441(a), because it is the district and division in which the state court action was pending. This Division is the proper venue pursuant to LR 3.1(a)(2)(B) and 3.2(b) as the Circuit Court of Madison County, Kentucky is within the territory covered by the Lexington division.

5. **Notice to State Court and Adverse Parties**: Written notice of the filing of this Notice of Removal will be given to the Plaintiff's counsel and will be filed with the Clerk of the Circuit Court of Madison County, Kentucky, as required by 28 U.S.C. § 1446(d).

6. **Jurisdictional Statement**: As noted above, this case arises under federal law, and this Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1331, providing that federal question jurisdiction exists when a civil action arises under the Constitution, laws, or treaties of the United States.

7. **Record Below**: In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings served upon the Defendants are attached collectively as <u>Exhibit 2</u> to this Notice of Removal, in addition to all pleadings filed to date in the state action as well as a copy of the state court docket sheet.

WHEREFORE, Defendants respectfully request that the above-captioned action be removed from the Circuit Court of Madison County, Kentucky under Civil Action No. 24-CI-00921 to the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, and that further proceedings be conducted in this Court for trial and determination.

December 23, 2024

Respectfully submitted,

*/s/ J. Gregory Troutman*
J. GREGORY TROUTMAN (84473)
TROUTMAN LAW OFFICE, PLLC.
4205 Springhurst Boulevard, Suite 201
Louisville, KY 40241
(502) 412-9179
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true copies of the foregoing were also e-mailed on said date to:

James H. Lawson
Lawson at Law, PLLC
P.O. Box 1286
Shelbyville, KY 40006
james@lawsonatlaw.com

*/s/ J. Gregory Troutman*
J. GREGORY TROUTMAN