# **<u>EXHIBIT 2</u>**



## HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL

**24-CI-00921**

**MADISON CIRCUIT COURT**

Filed on **11/28/2024** as **BUYER PLAINTIFF SERVICES** with **HON. DAVID M. WARD**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 24-CI-00921 |
|---|---|

*BUYER PLAINTIFF/SERVICES;*

| Parties | 24-CI-00921 |
|---|---|

**DIMENSION SERVICE CORPORATION** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.;

**Address**

5500 FRANTZ RD
SUITE 120
DUBLIN OH 43017

**Summons**

**CIVIL SUMMONS** issued on **11/28/2024** by way of **CERTIFIED MAIL**
*9236090194038390122113;*
**CIVIL SUMMONS** issued on **11/28/2024** by way of **CERTIFIED MAIL**
*9236090194038390122250;*

**HENSLEY, DAVID A** as **PLAINTIFF / PETITIONER**

**Address**

872 TATES CREEK ROAD
RICHMOND KY 40475

**NATIONAL ADMINISTRATIVE SERVICE CO., LLC** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.;

**Address**

5500 FRANTZ RD
SUITE 120
DUBLIN OH 43017

**Summons**

**CIVIL SUMMONS** issued on **11/28/2024** by way of **CERTIFIED MAIL**
*9236090194038390122144;*
**CIVIL SUMMONS** issued on **11/28/2024** by way of **CERTIFIED MAIL**
*9236090194038390122298;*

**PELICAN INVESTMENT HOLDINGS, LLC** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.;

**Address**

1300 N CONGRESS AVE
WEST PALM BEACH FL 33409

**Summons**

**CIVIL SUMMONS** issued on **11/28/2024** by way of **CERTIFIED MAIL**
*9236090194038390122175;*
**CIVIL SUMMONS** issued on **11/28/2024** by way of **CERTIFIED MAIL**
*9236090194038390122311;*

**SING FOR SERVICE, LLC** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.;

**Address**

10 S LA SALLE STREET
SUITE 2310
CHICAGO IL 60603

**Summons**

**CIVIL SUMMONS** issued on **11/28/2024** by way of **CERTIFIED MAIL**
*9236090194038390122212;*
**CIVIL SUMMONS** issued on **11/28/2024** by way of **CERTIFIED MAIL**
*9236090194038390122373;*

**LAWSON, JAMES HAYS** as **ATTORNEY FOR PLAINTIFF**

**Address**

LAWSON AT LAW, PLLC
P.O. BOX 1286
SHELBYVILLE KY 40066

**CORPORATE CREATIONS NETWORK INC.** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is PELICAN INVESTMENT HOLDINGS, LLC;

**Address**

1521 CONCORD PIKE
SUITE 201
WILMINGTON DE 19803

**CORPORATION SERVICE COMPANY** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is DIMENSION SERVICE CORPORATION;

**Address**

421 WEST MAIN STREET
FRANKFORT KY 40601

**CORPORATION SERVICE COMPANY** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is NATIONAL ADMINISTRATIVE SERVICE CO., LLC;

**Address**

421 WEST MAIN STREET
FRANKFORT KY 40601

**REGISTERED AGENT SOLUTIONS, INC.** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is SING FOR SERVICE, LLC;

**Address**

838 WALKER ROAD
SUITE 21-2
DOVER DE 19904

**Documents**  24-CI-00921

**COMPLAINT / PETITION** filed on **11/28/2024**

| **Images** | **24-CI-00921** |
|---|---|
| **COMPLAINT / PETITION** filed on **11/28/2024** *Page(s): 10* | |
| **SUMMONS** filed on **11/28/2024** *Page(s): 1* | |
| **SUMMONS** filed on **11/28/2024** *Page(s): 1* | |
| **SUMMONS** filed on **11/28/2024** *Page(s): 1* | |
| **SUMMONS** filed on **11/28/2024** *Page(s): 1* | |
| **SUMMONS** filed on **11/28/2024** *Page(s): 1* | |
| **SUMMONS** filed on **11/28/2024** *Page(s): 1* | |
| **SUMMONS** filed on **11/28/2024** *Page(s): 1* | |
| **SUMMONS** filed on **11/28/2024** *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **11/28/2024** *Page(s): 1* | |
| **RECEIPT** filed on **12/04/2024** *Page(s): 0* | |

**\*\*\*\* End of Case Number : 24-CI-00921 \*\*\*\***

| AOC-E-105 | Sum Code: CI | | Case #: **24-CI-00921** |
|---|---|---|---|
| Rev. 9-14 | | | |



AOC-E-105    Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice   *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Case #: **24-CI-00921**
Court: **CIRCUIT**
County: **MADISON**

## CIVIL SUMMONS

---

*Plaintiff,* **HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL,** *Defendant*

### TO: **CORPORATION SERVICE COMPANY**
     **421 WEST MAIN STREET**
     **FRANKFORT, KY 40601**

Memo: Related party is NATIONAL ADMINISTRATIVE SERVICE CO., LLC

The Commonwealth of Kentucky to Defendant:
**NATIONAL ADMINISTRATIVE SERVICE CO., LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **11/28/2024**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

                                              Served By

                                              Title

---

Summons ID: 937467161895670@90005730907
CIRCUIT: 24-CI-00921 Certified Mail
HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL



Page 1 of 1





Commonwealth of Kentucky
Madison Circuit Court
Case No. _____
Div. _____

David A. Hensley                                                    PLAINTIFF

v.        **VERIFIED COMPLAINT AND JURY TRIAL DEMAND**

Dimension Service Corporation                          DEFENDANTS
Serve:
      Corporation Service Company
      421 West Main Street
      Frankfort, KY 40601

National Administrative Service Co., LLC
Serve:
      Corporation Service Company
      421 West Main Street
      Frankfort, KY 40601

Pelican Investment Holdings, LLC
Serve:
      Corporate Creations Network Inc.
      1521 Concord Pike Suite 201
      Wilmington, DE 19803

SING for Service, LLC
*Dba Mepco*
Serve:
      Registered Agent Solutions, Inc.
      838 Walker Road Suite 21-2
      Dover, DE 19904

\*     \*     \*     \*     \*

**INTRODUCTION**

1.    This is a complaint for damages for Defendants' violations of the Telephone

Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*; the Kentucky Consumer Protection



Act, KRS Chapter 367; and common-law invasion of privacy.

## JURISDICTION AND VENUE

2.      Jurisdiction of this court arises under 47 U.S.C. § 227(c)(5); KRS 367.220; and KRS 23A.010. Venue is proper because Plaintiff works and lives in Madison County, Ky, and because all or most of the relevant events as alleged below occurred in Madison County, Ky., which is located within this Circuit.

## PARTIES

3.      Plaintiff David A. Hensley is a natural person who resides in Madison County, KY, and a "consumer" within the meaning of KRS 367.46951(5).

4.      Defendant Dimension Service Corporation ("Dimension") is a foreign limited liability company that has registered to conduct business in the Commonwealth. Dimension's principal place of business is 5500 Frantz Rd., Suite 120, Dublin, OH 43017.

5.      Defendant National Administrative Service Co., LLC ("NAS") is a foreign limited liability company that has registered to conduct business in the Commonwealth. NAS's principal place of business is 5500 Frantz Rd., Suite 120, Dublin, OH 43017.

6.      Defendant Pelican Investment Holding, LLC ("Pelican") is a foreign limited liability company that has not registered to do business in the Commonwealth. Pelican's principal place of business is 1300 N Congress Ave, West Palm Beach, FL 33409.

7.      Defendant SING for Service, LLC *dba* Mepco ("Mepco") is a foreign limited liability company that has not registered to do business in the Commonwealth. Mepco's principal place of business is 10 S La Salle Street, Suite 2310, Chicago, IL 60603-1068.

## THE TCPA

8.      The TCPA facilitated the creation and "operation of a single national database to

compile a list of telephone numbers of residential subscribers who object to receiving telephone solicitations[.]" 47 U.S.C. § 227(c)(3). The TCPA prohibits "any person from making or transmitting a telephone solicitation to the telephone number of any subscriber included in such database[.]" *Id.*

9.     Congress empowered the Federal Communications Commission ("FCC") to issue rules and regulations implementing the TCPA.

10.     In 2012, the FCC issued an order tightening the restrictions for automated telemarketing calls, requiring "prior express written consent" for such calls to wireless numbers. *In the Matter of Rules & Regulations Implementing the Tel. Consumer Prof. Act of 1991*, 27 F.C.C.R. 1830, 1838 (Feb.15, 2012).

11.     To obtain express written consent for telemarketing calls, a defendant must establish that it secured the plaintiffs signature such that plaintiff had "'clear and conspicuous disclosure' of the consequences of providing the requested consent...and  having receive   this information, [Plaintiff] agree[d] unambiguously to receive such calls at a telephone number the [plaintiff] designate[d]." *Id.*

12.     The TCPA regulations promulgated by the FCC define "telemarketing" as "the initiation of a telephone call or message for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services." 47 C.F.R. § 64.1200(t)(12).

13.     In determining whether a communication constitutes telemarketing, a court must evaluate the ultimate purpose of the communication. *See Golan v. Veritas Entm't, LLC*, 788 F.3d 814, 820 (8th Cir.2015).

14.     "'Telemarketing' occurs when the context of a call indicates that it was initiated and transmitted to a person for the purpose of promoting property, goods, or services." *Id.* at 820;

(citing 47 C.F.R. §§ 64.1200(a)(2)(iii); 64.1200(1)(12)).

15.    The FCC defined telemarketing as calls motivated in part by the intent to sell property, goods, or services. *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 18 F.C.C. Red 14014ii 139-142 (2003). This is true whether call recipients are encouraged to purchase, rent, or invest in property, goods, or services during the call or in the future. *Id.* In other words, offers "that are part of an overall marketing campaign to sell property, goods, or services constitute" telemarketing under the TCPA. *Id* at 136.

16.    If a call is not deemed telemarketing, the defendant must nevertheless demonstrate that it obtained the plaintiff's prior express consent. *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 30 FCC Red. 27  7961, 7991-92 (2015) (requiring express consent "for non-telemarketing and non-advertising calls.")

17.    The Ninth Circuit Court of Appeals holds that "[u]nsolicited telemarketing phone calls or text messages, by their nature, invade the privacy and disturb the solitude of their recipients." *Van Patten v. Vertical Fitness Group, LLC*, 847 F.3d 1037, 1043 (9th Cir. 2017). Indeed, "[a] plaintiff alleging a violation under the TCPA 'need not allege any additional harm beyond the one Congress has identified." *Id.* (quoting *Spokeo, Inc. v. Robins*, 578 U.S. 330, 342 (20 I 6)).

18.    The FCC reiterated that "the TCPA and our existing rules already place the burden of proof on the texter or caller to prove that they have obtained consent that satisfies federal laws and regulations. They may not, for example, rely on comparison websites or other types of lead generators to retain proof of consent for calls the seller makes. And, in all cases, the consent must be from the consumer...the consumer's consent is not transferrable or subject to sale to another caller because it must be given by the consumer to the seller." *Id.* at 49.

## RELEVANT FACTS

19.     Like most people, Plaintiff has a cell phone. Plaintiff's cell phone number ends in 1926.

20.     On December 16, 2015, Plaintiff registered his cell phone with on the National Do Not Call Registry ("DNC Registry"). Proof of registration attached as Exhibit "A". Inclusion on the DNC Registry constitutes registration on Kentucky's Zero Call List. KRS 367.46951(14).

21.     Defendants are required to check the DNC Registry before making telemarketing calls. 47 U.S.C. § 227(c)(3)(F).

22.     Between July 2, 2024, and September 28, 2024, Defendants called Plaintiff approximately 100 times. Many of these calls resulted in identical prerecorded voice mails that consisted of odd background noises. Defendants calls to Plaintiff constitute "telephone solicistation[s]" as defined by KRS 367.46951(1) and within the meaning of the TCPA.

23.     To confirm who had been soliciting him and prevent future unwanted calls, Plaintiff reluctantly agreed to purchase a vehicle warranty after receiving approximately 100 telephone calls. The vehicle warranty is a "consumer good[] or service[]" within the meaning of KRS 367.46951(3).

24.     Subsequently, Mepco sent Plaintiff a "WELCOME LETTER" that [c]ongratulated [Plaintiff] on [his] purchase of a service contract from Auto Service Dept". Attached as Exhibit "B". One of Pelican's *dbas* is "Auto Service Department".

25.     Shortly thereafter, Auto Service Department, P.O. Box 15727, Santa Ana, CA 92735 sent Plaintiff a "Premium Service Agreement" that set forth the terms and conditions of the warranty. Attached as Exhibit "C".

26.     The Premium Service Agreement identified Pelican as the "Seller", Mepco as the

payment plan provider, and NAS as the administrator.

27.　　　NAS and Dimension have the same address listed with the Kentucky Secretary of State.

28.　　　NAS's BBB page[1] has a website link that goes to Dimension's home page.[2]

29.　　　Plaintiff promptly cancelled the warranty within 30 days without signing it exercising his statutory right to do so under KRS 367.46961.

30.　　　Defendants made the calls to Plaintiff within judicial district, and therefore, Defendants' violations of the TCPA occurred within this district.

31.　　　At no point in time did Plaintiff provide any Defendant with his express written consent to be contacted. In fact, in nearly every call that the Plaintiff answered, he stated that he was not interested in the offer and/or asked the caller to stop calling him. Thus, Defendants violated 47 U.S.C. § 227(c)

32.　　　Defendants' unsolicited phone calls caused Plaintiff actual harm, including invasion of privacy, aggravation, annoyance, intrusion on seclusion, trespass, and conversion.

33.　　　Defendants' phone calls also inconvenienced Plaintiff and caused disruption to his daily life. Defendants' unsolicited phone calls caused Plaintiff actual harm. Specifically, Plaintiff estimates that he spent countless hours investigating the unwanted phone calls including how Defendants obtained his phone numbers and the identity of the Defendants. Indeed, Plaintiff agreed to purchase a warranty to determine Defendants' identity and to have Defendants stop calling, which did work. Defendants stopped the onslaught of calls only *after* Plaintiff agreed to purchase a warranty. Furthermore, Defendants' phone calls took up memory

---

[1] https://www.bbb.org/us/oh/dublin/profile/auto-warranty-processing/national-administrative-service-co-llc-0302-11005532
[2] https://dimensionservice.com/

-6-

on Plaintiff's cell phone. The cumulative effect of unsolicited phone calls and voicemails such as those described herein pose a real risk of ultimately rendering the phone unusable for other purposes by filling the phone's memory.

<div align="center">

**CLAIMS FOR RELIEF**

</div>

### I.   Violation of the TCPA and Invasion of Privacy

34.     The above actions and omissions by Defendants Dimension Service Corporation; National Administrative Service Co.; LLC; Pelican Investment Holding, LLC; and/or SING for Service, LLC *dba* Mepco constitute violations of the TCPA.

35.     Defendants made repeated telephone calls to Plaintiff's cell phone using a prerecorded message.

36.     Defendants' calls were all made to Plaintiff's personal cell phone, which number has been included on the DNC Registry for over eight (8) years.

37.     At no time did Plaintiff give Defendants express or implied permission to contact him by telephone.

38.     Defendants' telephone calls were an attempt to sell Plaintiff a vehicle warranty for his personal vehicle.

39.     Defendants' repeated telephone calls to Plaintiff were willful, knowing, and intentional in plain violation of the TCPA.

40.     Defendants' repeated telephone calls constitute intrusion on seclusion and invasion of privacy under Kentucky law.

### II.   Violation of the KCPA and Invasion of Privacy

41.     The above actions and omissions by Defendants Dimension Service Corporation; National Administrative Service Co.; LLC; Pelican Investment Holding, LLC; and/or SING for

<div align="center">

-7-

</div>

Service, LLC *dba* Mepco constitute violations of the KCPA.

42.    Plaintiff is a natural person and consumer.

43.    Defendants made repeated telephone calls to Plaintiff's cell phone using a prerecorded message.

44.    Defendants' calls were all made to Plaintiff's personal cell phone, which number has been included on the DNC Registry and Kentucky's Zero Call List for over eight (8) years.

45.    Defendants' calls were telephone solicitations made for the purposes of selling Plaintiff consumer goods or services, *i.e.* a warranty for Plaintiff's personal vehicle.

46.    At no time did Plaintiff give Defendants express or implied permission to contact him by telephone.

47.    Defendants' violations of KRS 367.46955(15) is an unfair practice that violates the KCPA, KRS 367.170.

48.    Defendants' repeated telephone calls to Plaintiff were willful, knowing, and intentional in plain violation of the TCPA.

49.    Defendants' repeated telephone calls constitute intrusion on seclusion and invasion of privacy under Kentucky law.

50.    Plaintiff has the right to recover reasonable attorney's fees and costs from Defendants under KRS 367.220.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff David Hensley requests that the Court grant him the following relief:

1.    Actual damages;

2.    Maximum statutory damages;

3.      $500 for each and every telephone call that was made in violation of the do-not-call-list requirements of the TCPA the trier of fact determines were not willfully or knowingly made;

4.      $500 for each and every telephone call that was made in violation of the automatic-call requirements of the TCPA the trier of fact determines were not willfully or knowingly made

5.      $1,500 for each and every telephone call that was made in violation of the do-not-call-list requirements of the TCPA the trier of fact determines were made willfully or knowingly;

6.      $1,500 for each and every telephone call that was made in violation of the automatic-call requirements of the TCPA the trier of fact determines were made willfully or knowingly;

7.      Punitive damages for Defendants' invasion of Plaintiff's privacy and the KCPA;

8.      Attorney's fees and costs;

9.      A trial by jury; and

10.     Any other relief to which Plaintiff may be entitled.


Respectfully submitted,

/s/ James H. Lawson
James H. Lawson, KBA 86930
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@lawsonatlaw.com
*Counsel for Plaintiff*

## VERIFICATION

Plaintiff David A. Hensley declares as follows:

1.      I am the Plaintiff in the present case.

2.      I live in Madison County, KY.

3.      I have personal knowledge of myself and my activities, including those set forth in this Verified Complaint. If called upon to testify, I could and would testify competently and truthfully as to the matters stated in this Verified Complaint.

4.      I verify and affirm under the penalty of perjury under the laws of the United States of America and the Commonwealth of Kentucky that the factual averments in this Verified Complaint concerning myself and my activities are true and correct. 28 U.S.C. § 1746.

Executed on ___11/25/2024_____.

Signed by:

David A. Hensley

David M. Fernandez, Madison
Circuit Clerk
P.O. Box 813, 101 West Main
Street
Richmond, KY 40475-0813

Case Number: 24-CI-00921



## USPS CERTIFIED MAIL

9236 0901 9403 8390 1222 98

Restricted Delivery

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601
Case Number: 24-CI-00921



## KCOJ eFiling Cover Sheet

Case Number: 24-CI-00921

Envelope Number: 9374671

Package Retrieval Number: 937467161895670@90005730907

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 18.10

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Package : 000001 of 000014

Presiding Judge: HON. David M. Ward (625434)

ackage : 000001 of 000014



**CERTIFIED MAIL™**



quadient

FIRST-CLASS MAIL
IMI
**$016.34** ⁰
12/03/2024 ZIP 40601
043M31236114

US POSTAGE

DOCUMENT

AOC-E-105     Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **24-CI-00921** ~~NOT ORIGINAL~~
Court: **CIRCUIT**
County: **MADISON**

12/19/2024 05:12:31 PM

84473

---

*Plantiff,* **HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL**, *Defendant*

TO: **DIMENSION SERVICE CORPORATION**

     **5500 FRANTZ RD**

     **SUITE 120**

     **DUBLIN, OH 43017**

Memo: Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

     You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                 /s/ David M. Fernandez,
                 Madison Circuit Clerk
                 Date: **11/28/2024**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

     To: _____

☐ Not Served because: _____

Date: _____, 20 _____

                        _____
                             Served By

                        _____
                             Title

*Presiding Judge: HON. David M. Ward (625434)*

*CI : 000001 of 000001*

Summons ID: @90005730902
CIRCUIT: 24-CI-00921 Certified Mail
HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL



**eFiled**



NOT ORIGINAL
DOCUMENT
12/19/2024 05:12:45
PM
84473

Commonwealth of Kentucky
Court of Justice        *Courts.ky.gov*

Court:    **CIRCUIT**
County:  **MADISON**

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

*Plantiff,* **HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL**, *Defendant*

TO:  **NATIONAL ADMINISTRATIVE SERVICE CO., LLC**

  **5500 FRANTZ RD**

  **SUITE 120**

  **DUBLIN, OH 43017**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

  /s/ David M. Fernandez,
Madison Circuit Clerk
Date: **11/28/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20 _____

  _____
  Served By

  _____
  Title

<div style="writing-mode: vertical">Presiding Judge: HON. David M. Ward (625434)</div>

<div style="writing-mode: vertical">CI : 000001 of 000001</div>



eFiled

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **24-CI-00921** ~~NOT ORIGINAL~~
Court: **CIRCUIT**
County: **MADISON**

12/19/2024 05:12:56 PM

84473

*Plantiff,* **HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL**, *Defendant*

TO:  **PELICAN INVESTMENT HOLDINGS, LLC**

**1300 N CONGRESS AVE**

**WEST PALM BEACH, FL 33409**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **11/28/2024**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____
                                                                    Served By

                                                                    _____
                                                                    Title

Presiding Judge: HON. David M. Ward (625434)

CI : 000001 of 000001



Page 1 of 1

eFiled

DOCUMENT

| AOC-E-105 | Sum Code: CI | | Case #: **24-CI-00921** | ~~NOT ORIGINAL~~ |
| Rev. 9-14 | | | Court: **CIRCUIT** | |
| Commonwealth of Kentucky | | | County: **MADISON** | 12/19/2024 05:13:08 |
| Court of Justice *Courts.ky.gov* | | | | PM |
| CR 4.02; Cr Official Form 1 | | **CIVIL SUMMONS** | | 84473 |



*Plantiff,* **HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL**, *Defendant*

TO:  **SING FOR SERVICE, LLC**
   **10 S LA SALLE STREET**
   **SUITE 2310**
   **CHICAGO, IL 60603**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **11/28/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____    _____
                         Served By

                         _____
                         Title

Presiding Judge: HON. David M. Ward (625434)

CI : 000001 of 000001

Summons ID: @90005730905
CIRCUIT: 24-CI-00921 Certified Mail
HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL



Page 1 of 1

**eFiled**



Case #: **24-CI-00921** NOT ORIGINAL
Court: **CIRCUIT**
County: **MADISON**

DOCUMENT
12/19/2024 05:13:24
PM
84473

# CIVIL SUMMONS

*Plantiff,* **HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is DIMENSION SERVICE CORPORATION

The Commonwealth of Kentucky to Defendant:
**DIMENSION SERVICE CORPORATION**

　　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

　　　　　　　　　　　　/s/ David M. Fernandez,
　　　　　　　　　　　　Madison Circuit Clerk
　　　　　　　　　　　　Date: **11/28/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

　　To: _____

☐ Not Served because: _____

　　Date: _____, 20_____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Served By

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Title

Presiding Judge: HON. David M. Ward (625434)

CI : 000001 of 000001



eFiled



Case #: **24-CI-00921** ~~NOT ORIGINAL~~

Court: **CIRCUIT**

County: **MADISON**

12/19/2024 05:13:35

PM

84473

# CIVIL SUMMONS

*Plantiff,* **HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**

    **421 WEST MAIN STREET**

    **FRANKFORT, KY 40601**

Memo: Related party is NATIONAL ADMINISTRATIVE SERVICE CO., LLC

The Commonwealth of Kentucky to Defendant:
**NATIONAL ADMINISTRATIVE SERVICE CO., LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **11/28/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Presiding Judge: HON. David M. Ward (625434)

CI : 000001 of 000001



eFiled

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Case #: **24-CI-00921**
Court: **CIRCUIT**
County: **MADISON**



# CIVIL SUMMONS

NOT ORIGINAL
DOCUMENT
12/19/2024 05:13:46 PM
84473

*Plantiff,* **HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL**, *Defendant*

TO:  **CORPORATE CREATIONS NETWORK INC.**

**1521 CONCORD PIKE**

**SUITE 201**

**WILMINGTON, DE 19803**

Memo: Related party is PELICAN INVESTMENT HOLDINGS, LLC

The Commonwealth of Kentucky to Defendant:
**PELICAN INVESTMENT HOLDINGS, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **11/28/2024**

Presiding Judge: HON. David M. Ward (625434)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

CI : 000001 of 000001

eFiled

AOC-E-105     Sum Code: CI
Rev. 9-14
Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1



Case #: **24-CI-00921**
~~NOT ORIGINAL~~
Court: **CIRCUIT**
County: **MADISON**
12/19/2024 05:13:57
PM

84473

# CIVIL SUMMONS

---

*Plantiff,* **HENSLEY, DAVID A VS. DIMENSION SERVICE CORPORATION ET AL**, *Defendant*

TO:   **REGISTERED AGENT SOLUTIONS, INC.**
     **838 WALKER ROAD**
     **SUITE 21-2**
     **DOVER, DE 19904**

Memo: Related party is SING FOR SERVICE, LLC

The Commonwealth of Kentucky to Defendant:
**SING FOR SERVICE, LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **11/28/2024**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____      _____
                                                    Served By

                                              _____
                                                       Title

*Presiding Judge: HON. David M. Ward (625434)*

*CI : 000001 of 000001*



Page 1 of 1

**eFiled**