**UNITED STATES DISTRICT COURT**
Eastern District of Kentucky
Lexington Division

| | |
|---|---|
| David A. Hensley, | ) |
|     *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 5:24-cv-00378-KKC |
| | ) |
| DIMENSION SERVICE CORPORATION, et. al. | ) |
|     *Defendants.* | ) |
| | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PELICAN INVESTMENT HOLDINGS, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David A. Hensley and Defendant PELICAN INVESTMENT HOLDINGS, LLC hereby jointly request that this Court dismiss this case with prejudice. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

HAVE SEEN AND APPROVED:

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@lawsonatlaw.com
*Counsel for Plaintiff*

/s/ J. Gregory Troutman
Troutman Law Office, PLLC
4205 Springhurst Boulevard
Suite 201
Louisville, KY 40241
502-412-9179
Fax: 502-412-9196
Email: jgtatty@yahoo.com
*Counsel for Defendant*
*Pelican Investment Holdings, LLC*

1